UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, | |
| *Plaintiff*, | Civil Action No. 18-0246-DLF |
| v. | |
| UNITED STATES DEPARTMENT OF COMMERCE, | |
| *Defendant*. | |

## JOINT STATUS REPORT

Defendant, the United States Department of Commerce ("DOC"), and Plaintiff, Democracy Forward Foundation ("DFF"), each by its undersigned counsel, submit this joint status report in response to the Court's Minute Order dated May 21, 2019

1.      On May 14, 2019, DOC completed production of documents responsive to DFF's FOIA request. DFF has identified approximately 18 documents about which it has concerns regarding DOC's withholdings. DOC is evaluating those documents and the parties plan to discuss them in hopes of minimizing any disputes. DOC expects to provide a draft *Vaughn* index for remaining documents and/or unredacted versions of documents by July 26, 2019.

2.      Accordingly, the parties propose to file another joint status report on or before **August 9, 2019**, including a specific statement of any disputes that remain in this case and proposing a schedule for summary judgment motions, if necessary.

Respectfully submitted,

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION | JESSIE K. LIU, D.C. Bar #472845 |
| | United States Attorney |
| By:   /s/ Jeffrey Dubner | |
| JAVIER M. GUZMAN, D.C. Bar #462679 | DANIEL F. VAN HORN, D.C. Bar #924092 |
| JEFFREY B. DUBNER, D.C. Bar # 1013399 | Chief, Civil Division |
| Democracy Forward Foundation | |
| P.O. Box 34553 | By:   /s/ Johnny Walker |
| Washington, District of Columbia 20043 | JOHNNY H. WALKER, D.C. Bar # 991325 |
| Telephone: 202 448 9090 | Assistant United States Attorney |
| jguzman@democracyforward.org | 555 4th Street, N.W. |
| jdubner@democracyforward.org | Washington, District of Columbia 20530 |
| | Telephone: 202 252 2575 |
| *Counsel for Plaintiff* | johnny.walker@usdoj.gov |
| | |
| | *Counsel for Defendant* |

Dated: July 18, 2019