UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>    *Plaintiff*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>    *Defendant*. | Civil Action No. 18-0246-DLF |

## JOINT STATUS REPORT

Defendant, the United States Department of Commerce ("DOC"), and Plaintiff, Democracy Forward Foundation ("DFF"), each by its undersigned counsel, submit this joint status report in response to the Court's Minute Order dated August 14, 2019

1. The parties have been unable to resolve two disputes regarding DOC's response to the Ross Email FOIA Request.

2. First, DFF has identified certain documents for which it believes DOC's asserted basis for redaction is insufficient.

3. Second, DFF believes that DOC's assertions of deliberative process privilege show that Secretary Wilbur Ross has used his private email account(s) to conduct agency business, and that that account or accounts therefore need to be searched for responsive agency records.

4. While the parties are continuing to meet and confer, they believe it is sufficiently unlikely that both disputes will be fully resolved that it would be appropriate to set a briefing schedule for cross-motions for summary judgment.

5. The parties jointly propose the following briefing schedule:

    a.    September 27: DOC's motion for summary judgment

  b.  October 11: DFF's opposition to DOC's motion for summary judgment and cross-motion for summary judgment

  c.  October 25: DOC's opposition to DFF's cross-motion for summary judgment and reply in support of its own motion for summary judgment

  d.  November 1: DFF's reply in support of its cross-motion for summary judgment

  6.  Accordingly, the parties respectfully request that the Court enter the attached proposed order.

Respectfully submitted,

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney |
| By:   /s/ Jeffrey Dubner<br>JAVIER M. GUZMAN, D.C. Bar #462679<br>JEFFREY B. DUBNER, D.C. Bar # 1013399<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, District of Columbia 20043<br>Telephone: 202 448 9090<br>jguzman@democracyforward.org<br>jdubner@democracyforward.org | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:   /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Dated: August 16, 2019