UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>           *Plaintiff*,<br><br>   v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>           *Defendant*. | Civil Action No. 18-0246-DLF |

**UNOPPOSED MOTION TO PARTIALLY VACATE
THE COURT'S AUGUST 16, 2019, MINUTE ORDER**

Defendant, the United States Department of Commerce ("DOC"), respectfully moves to partially vacate the Court's minute order dated August 16, 2019, insofar as it requires Defendant to provide Plaintiff with an advance copy of its declaration in support of its forthcoming motion for summary judgment. Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff does not oppose this motion.

On August 16, 2019, the parties filed a joint status report informing the Court that they had been unable to resolve two issues regarding DOC's response to Democracy Forward's Ross Email FOIA Request. First, Democracy Forward disputed DOC's redactions to five records. Second, Democracy Forward asserted that DOC must search the private email account or accounts of Secretary Wilbur Ross for responsive agency records. The parties' August 16 status report proposed an agreed schedule for summary judgment motions addressing these disputes. The parties also noted in their status report that they were continuing to meet and confer. Since filing the status report, the parties have resolved their dispute concerning DOC's redactions to two of the five disputed records, with DOC having released those two records with more-limited redactions, and DOC intends to confer further with Democracy Forward about the three other records in the next few days.

Later on August 16, the Court entered a minute order adopting the parities' proposed schedule for summary judgment motions, with DOC filing its opening motion for summary judgment on or before September 27, 2019. In addition, the Court ordered DOC to provide Democracy Forward with a copy of its supporting declaration(s) on or before August 30, 2019. Neither party had requested this early disclosure of DOC's declaration.

DOC submits that the early disclosure of its declaration will not serve to further narrow the disputes in this case because the parties have already conferred extensively to narrow their disputes and the ongoing discussions regarding the three remaining redacted documents will be more fruitful if conducted in the form of dialogue rather than a formal declaration. Indeed, with respect to redactions, DOC (at Democracy Forward's request) has already provided a draft *Vaughn* index explaining the basis for certain of its redactions and reconsidered some of those redactions based on comments from Democracy Forward. As a result of those discussions, the parties have narrowed the redactions in dispute to only three documents and continue to engage in good-faith discussions regarding the bases for DOC's redactions to those documents. DOC does not believe that an early disclosure of DOC's declaration is likely to assist in those discussions.

With respect to the scope of DOC's search, the agency has provided Democracy Forward with information about the custodians that it searched and, through dialogue with Democracy Forward, expanded that search to include additional custodians and a broader date range. The only issue that remains concerns whether or not DOC must search the private email account(s) of Secretary Ross. The parties have conferred about that issue by email and telephone and have explained their respective positions. Again, based on those discussions, DOC does not believe that the early disclosure of its declaration would cause Democracy Forward to change its position, and DOC is not prepared to change its position.

Further, DOC requires additional time to prepare a declaration in support of its motion for summary judgment and will not be in a position to disclose a declaration on August 30, 2019—nearly a month prior to the motion deadline. In light of the time required to gather the necessary information and planned international travel by counsel for Defendant from September 11 to September 20, the earliest that DOC would be able to provide Democracy Forward a copy of its declaration would be September 27, 2019—the current deadline for DOC's motion for summary judgment. Counsel for DOC proposed to counsel for Democracy Forward that the parties move to extend DOC's deadline to provide its declaration to that date and to push back the deadline for DOC's motion for summary judgment by one week, but Democracy Forward did not agree to that proposal and stated that it would not oppose simply vacating altogether the requirement that DOC provide an advance copy of its declaration.

For these reasons, DOC respectfully requests that the Court vacate its August 16, 2019, order insofar as it requires DOC to provide Democracy Forward with a copy of its declaration by August 30, 2019.

Dated: August 29, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendant*