UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>        *Plaintiff*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>        *Defendant*. | Civil Action No. 18-0246-DLF |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Defendant, the United States Department of Commerce, respectfully requests that the Court extend its time to file a motion for summary judgment by one week from October 16, 2019, to **October 23, 2019**. Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff does not oppose this motion. This is Defendant's third request to extend this deadline. If this motion is granted, Defendant also proposes to adjust the remainder of the briefing schedule as reflected in the proposed order filed with this motion. This revised proposed schedule reflects input from Plaintiff as to the dates for its briefs.

There is good cause for this extension. As expressed in Defendant's previous extension motion, undersigned counsel and agency counsel have been working on a tight timeline to complete the brief due to family health issues on the part of agency counsel and undersigned counsel's leave to attend his brother's funeral in Florida. In finalizing the agency's declaration and the summary judgment brief for filing, however, additional facts came to light that require further consultation between counsel and the agency and possible modifications to the draft declaration and brief. Accordingly, the requested extension is necessary to allow undersigned counsel time to confer further with the client and finalize a motion for summary judgment.

Dated: October 16, 2019    Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*