UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>        *Plaintiff*,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>        *Defendant*. | Civil Action No. 18-0246 (DLF) |

## JOINT STATUS REPORT AND STIPULATION OF DISMISSAL

Defendant, the United States Department of Commerce, and Plaintiff, Democracy Forward Foundation, each by its undersigned counsel, submit this Joint Status Report to advise the Court of the status of Defendant's production and further stipulate to the dismissal of this action.

1. On November 13, 2020, Defendant completed production of the remaining non-exempt responsive documents that it had located in the Secretary's primary personal account, as required by the Court's November 2, 2020, Minute Order. It completed production of a partial draft *Vaughn* index on December 4, 2020.

2. On November 18, 2020, Defendant provided to Plaintiff the list of search terms that it used to search the Secretary's primary personal account.

3. Plaintiff has agreed not to request further searches on this FOIA request.

4. Accordingly, the parties report that Defendant's obligations under the summary judgment order are complete.

5. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, with each party to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION | MICHAEL R. SHERWIN<br>Acting United States Attorney |
| By:   /s/ Jeffrey Dubner<br>JEFFREY B. DUBNER, D.C. Bar # 1013399<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, District of Columbia 20043<br>Telephone: 202 448 9090<br>jdubner@democracyforward.org<br><br>*Counsel for Plaintiff* | BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov<br><br>*Counsel for Defendant* |

Dated: February 9, 2021